# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CHARLES K., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:19-CV-05260-MAT <br><br><br> ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for a new decision by an administrative law judge (ALJ). On remand, the ALJ will offer Plaintiff the opportunity for a de novo hearing, reassess Plaintiff's residual functional capacity, issue a new decision and, in do so, reconcile any resulting inconsistencies with the determination issued under Plaintiff's subsequent application.

/ / /

/ / /

Page 1   ORDER - [3:19-CV-05260-MAT]

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 11th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Jacob Phillips
JACOB PHILLIPS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2274
Fax: (206) 615-2531
jacob.phillips@ssa.gov